JAMES E. SIMON – SBN 62792
PETER H. CUTTITTA – SBN 76176
BRIAN C. HANLEY – SBN 229729
**PORTER SIMON**
Professional Corporation
40200 Truckee Airport Road, Suite 1
Truckee, CA 96161
Telephone:   (530) 587-2002
Facsimile:    (530) 587-1316

Attorneys for Plaintiff
TRUCKEE DONNER PUBLIC UTILITY DISTRICT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF SACRAMENTO

| | |
|---|---|
| TRUCKEE DONNER PUBLIC UTILITY DISTRICT,<br><br>             Plaintiff,<br><br>      vs.<br><br>GREGORY LEE HUNT, dba HUNT'S EXCAVATING; UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; LABOR COMMISSIONER OF THE STATE OF CALIFORNIA – DIVISION OF LABOR STANDARDS ENFORCEMENT, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No.:  2:11-CV-00213-FCD-EFB<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT IN INTERPLEADER** |

IT IS HEREBY STIPULATED by and between the parties having appeared in this case, through their respective counsel of record, that the Plaintiff Truckee Donner Public Utility District may file its First Amended Complaint in Interpleader pursuant to Federal Rule of Civil Procedure 15(a)(2), which first amendment is sought (i) to replace Defendant United States of America, Department of Treasury – Internal Revenue Service with Defendant United States of

**LAW OFFICE OF**
**PORTER SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile:  (530) 587-1316

PAGE 1
STIPULATION AND ORDER TO FILING OF FIRST AMENDED COMPLAINT IN INTERPLEADER

1  America, (ii) to add Defendant First National Insurance Company of America as a Defendant, and
2  (iii) to amend certain allegations in light of the removal of this case from California Superior
3  Court by Defendant United States of America.  A true and correct copy of the proposed First
4  Amended Complaint is marked **Exhibit A**, attached hereto and incorporated herein by reference.

5  IT IS HEREBY FURTHER STIPULATED by and between the parties having appeared in
6  this case, through their respective counsel of record, that the parties may supplement or amend the
7  Joint Status Report within thirty (30) days of service of the new Defendant, First National
8  Insurance Company of America, in this matter.

9  DATED:  March 29, 2011    **PORTER SIMON**
                              Professional Corporation
10                             _/s/_____
11                             JAMES E. SIMON
                              Attorneys for Plaintiff
12                             TRUCKEE DONNER PUBLIC UTILITY
                              DISTRICT
13

14  DATED:  March 29, 2011    BENJAMIN B. WAGNER
                              United States Attorney
15

16                             /s/ Richard A. Schwartz
                              RICHARD A. SCHWARTZ (#267469)
17                             Trial Attorney, Tax Division
                              U.S. Department of Justice
18                             P.O. Box 683, Ben Franklin Station
                              Washington, D.C. 20044-0683
19                             Telephone: (202) 307-6322
20                             *Attorneys for the United States of America*

21  DATED:  March 29, 2011    _/s/_____
22                             RAMON YUEN-GARCIA
                              Attorneys for Defendant
23                             LABOR COMMISSIONER OF THE
                              STATE OF CALIFORNIA – DIVISION OF
24                             LABOR STANDARDS ENFORCEMENT

25
    **IT IS SO ORDERED.**
26
    DATED:  March 30, 2011
27
28                             _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

**LAW OFFICE OF PORTER SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile:  (530) 587-1316

PAGE 2
STIPULATION AND ORDER TO FILING OF FIRST AMENDED COMPLAINT IN INTERPLEADER